650

Louis V. Kiefor, of Calumet City, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Robert C. Samko, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* AUBREY STURGIS, Defendant-Appellant.

(No. 57109; )

First District (5th Division)—March 9, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.